## ENRIQUEZ, ADMR., ETC., *v.* A. S. WATSON & CO., LIMITED.

WRIT OF ERROR TO THE SUPREME COURT OF THE PHILIPPINE ISLANDS.

No. 5.    Argued November 11, 1908.—Decided November 16, 1908.

A writ of error to review judgment of the Supreme Court of the Philippine Islands, dismissed for want of jurisdiction.
See 6 Philippine, 84, 114.

*Mr. J. H. Ralston* and *Mr. F. L. Siddons* for plaintiff in error.

*Mr. W. A. Kincaid, Mr. A. B. Browne* and *Mr. Alexander Britton* for defendants in error.

*Per Curiam:* Dismissed for want of jurisdiction.

---

## AMERICAN SURETY CO. *v.* AKRON SAVINGS BANK.

ERROR TO THE SUPREME COURT OF THE STATE OF OHIO.

No. 19.    Argued November 12, 1908.—Decided November 30, 1908.

Judgment of the state court to effect that surety on bond of the depositary of a receiver in bankruptcy which ran, as required by law, to the United States, was not entitled to priority in distribution of assets of the depositary, affirmed without opinion.

*Mr. Frederic D. McKenney, Mr. John Spalding Flannery* and *Mr. Henry C. Wilcox* for plaintiff in error.

*Mr. John C. Gittings, Mr. Charles R. Grant, Mr. Alexander Muncaster* and *Mr. J. M. Chamberlin* for defendants in error.

*Per Curiam:* Judgment affirmed with costs without opinion.